**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION**

| | |
|---|---|
| Daniel J. Carey, | Case No. 9:25-1064-RMG |
| Plaintiff, | |
| v. | **ORDER** |
| Siemens Healthcare Diagnostics, Inc./ Siemens Healthineers, USA, | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation ("R&R") of the Magistrate Judge (Dkt. No. 31) proposing sanctions less than dismissal for the failure of the Plaintiff to appear at his deposition and to comply with other discovery obligations. After receiving the Magistrate Judge's thorough R & R, the Court conducted a status conference on this matter on April 16, 2026. The Plaintiff's counsel, Mr. Potts, acknowledged his failure to comply with the Court's discovery rules and made it clear that his client had no personal responsibility for his attorney's shortfalls.

The Court recommended at the status conference that Mr. Potts associate another attorney to assist him in litigating this matter. The Court was subsequently advised that Phillip Barber has appeared on behalf of the Plaintiff as co-counsel in this matter.

Based on the information received by the Court since the issuance of the R & R, the Court rules as follows:

1. The Court denies Defendant's motion to dismiss for lack of prosecution (Dkt. No. 25).

1

2. The Court grants Defendant's motion for sanctions against Mr. Potts in the amount of $735.00 in legal fees, $174.45 in court reporter expenses, and $899.76 in airfare and hotel expenses incurred by Defendant's corporate representative for travel to Plaintiff's deposition, as detailed in the R & R (Dkt. No. 31 at 10).

3. In order for this case to be disposed of on the merits and not on the personal challenges of the Plaintiff's attorney, the Court remands the matter to the Magistrate Judge to reopen discovery to allow a reasonable time to complete discovery in this case. The parties will thereafter be afforded an opportunity to submit pretrial motions and for the Magistrate Judge to issue a R & R regarding any such pretrial motions.

4. The Show Cause hearing, previously scheduled for June 9, 2026, is canceled.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

May 27, 2026
Charleston, South Carolina

2